**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on January 30, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

---

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Reina I. Luna | : | CHAPTER 13 |
| | : | CASE NO. 20-11141 |
| | : | HONORABLE STACEY L. MEISEL |
| Debtor | : | Hearing Date: February 26, 2020 at 10:00 am |

---

## BRIDGE ORDER EXTENDING

☐    CASE              ✔    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 30, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**THIS MATTER** having been presented to the Court by the debtor, Reina I. Luna, by and through his counsel, Russell L. Low, Esq., by *Motion to Extend the Automatic Stay as to Mr. Cooper and as to all creditors* ("**Motion**") (Docket No. 8); it is hereby

**ORDERED** that the automatic stay shall continue in force and effect as to all creditors pending adjudication of the Motion.